Walter Ragland,  VSB # 22654  
Walter Ragland, P.C.  
P.O. Box 675  
Thornburg, VA 22565  
(540) 370-4800  
Attorney for Petitioners  

UNITED STATES BANKRUPTCY COURT FOR THE  
EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

| | |
|---|---|
| In Re: | Case No.: 05-39803 |
| Gerald L. McTague | |
| Debtor | Rule 2016(b) –   Statement of |
| | Attorney Compensation |
| Lena A. McTague | Chapter 13 |
| Debtor | |

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. Sec. 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in this bankruptcy proceeding is as follows:

Attorney fees paid for representation in this Chapter 13 Bankruptcy $1,500.00

| | |
|---|---|
| Costs advanced | $  150.00 |
| Court filing fees advanced | $  194.00 |
| Advance for Judgment lien search on real estate | $  200.00 |
| Balance due | $   -0- |

The source of the compensation paid to me was:

[x] Debtor            [ ] Other

The source of compensation to be paid to me is:

[ ] Debtor            [ ] Other

I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

In return for the above disclosed fee, I have agreed to render legal services in this bankruptcy case, as follows:

Analysis of the debtor's financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy

Preparation and filing of the petition, schedules, statement of affairs, plan and any suggestion in bankruptcy that may be required

Representation of the debtors at the meeting of creditors and any adjourned hearing thereof

Preparation and filing of any amendments of the petition, schedules, statement of affairs and plan, which may be required prior to court approval of the plan;

When necessary, the assistance in the release and recovery of garnished funds, after relief is granted.

By agreement with the debtor(s), the above-disclosed fee does not include the following services, which will be billed hourly if and when needed:

Representation of debtors in adversary proceedings or contested bankruptcy matters, or matters which require a court appearance

Preparation and filing of any amendments of the petition, schedules, statement of affairs and plan; which may be required after court approval of the plan;

Motions for redemption and to avoid liens pursuant to 11 U.S.C. 506(d) and 522(f) and subsequent release of state court judgment liens on real estate;

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

___10/21/05_____          ___/s/ Walter Ragland_____
            Date                                     Walter Ragland
                                                     Signature of Attorney
                                                     Walter Ragland, P.C.
                                                     Name of Law Firm